UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-1088-T-23MAP

AMERICAN HOME LOAN CENTER
CORPORATION,

    Defendant.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) to recover for the defendant's breach of several loan purchase agreements. On March 16, 2010, the Clerk entered default (Doc. 39) against the defendant. Pursuant to Rule 55(b), Federal Rules of Civil Procedure, the plaintiff moves (Doc. 41) for a default judgment, and the defendant fails to respond. By virtue of the default, the defendant admits the facts alleged in the complaint. See Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1278 (11th Cir. 2005).

The complaint alleges that the defendant breached the loan purchase agreements by "(a) breaching the representations, warranties, and/or covenants, (b) refusing or otherwise failing to repurchase the Breaching Loans and/or failing to indemnify [the plaintiff], and (c) refusing or otherwise failing to repurchase the [Early Payment Default] loans." (Doc. 1, ¶ 30) Despite written demands by the plaintiff, the defendant refuses to repurchase the defaulted loans pursuant to the loan purchase agreements (Doc. 1, ¶ 25)

The affidavit (Doc. 42) attached to the motion for default judgment establishes that the defendant owes the plaintiff $1,625,301.68, which amount includes $1,260,085.85 for damages caused by the defendant's failure to repurchase loans as agreed and $365,215.80 in accumulated interest. (Doc. 42-7) Accordingly, the plaintiff's motion (Doc. 41) for default judgment is **GRANTED**. Pursuant to Rule 55(b), the Clerk is directed to enter default judgment in favor of the plaintiff and against the defendant in the amount of $1,625,301.68, which shall accrue post-judgment interest at the legal rate. Upon entry of judgment, the Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on April 15, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE